AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

JEFFREY VIOLA

**WARRANT FOR ARREST**

FILED
DEC 2 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05 - 0530M - 01

and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JEFFREY VIOLA__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense):

Conspiracy to manufacture and distribute 10 Grams or more of lysergic acid diethylamide (LSD), a Schedule I controlled substance, for the purpose of unlawful importation into the United States.

in violation of Title _21_ United States Code, Section _963_; in conjunction with Title _21_ United States Code, Sections _959(a)(1) and 960_, and Title _18_ United States Code, Section. _2_.

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ _HOLD_

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Title of Issuing Officer

OCT 12 2005   District of Columbia
Date and Location

by _[signature]_
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at REPORTING |||
| DATE RECEIVED 10-12-05 | NAME AND TITLE OF ARRESTING OFFICER SEAN McLEOD SDUSM | SIGNATURE OF ARRESTING OFFICER _Sean McLeod_ |
| DATE OF ARREST 12-23-05 | | |