IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-454 (RWR/JMF) |
| ) | |
| JEFFREY VIOLA, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING**

Defendant, Jeffrey Viola, through undersigned counsel, respectfully submits the attached materials in anticipation of today's detention hearing in this case.  The attached materials are:  (1) Mr. Viola's resume; (2) a flyer for the start-up company he has run since early 2005, Harmony Laboratory; (3) pay records from Mr. Viola's previous job with New Brunswick Scientific; (4) a criminal records check run on Mr. Viola in January 2005, with negative results; (5) materials from Mr. Viola's continuing education classes at the University of Maryland; and (6) commendation letters and certificates from previous employers.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500