784 Eltone Road  
Jackson, New Jersey 08527

Telephone: (732) 928-0666  
E-Mail: drjeff@optonline.net

# Jeffrey Viola

**Objective**

Highly motivated, experienced hands-on network professional seeks a creative and challenging position in computer support, network administration and project management where my well rounded background in computer network analysis design and support will contribute to the goals and advancement of the organization.

**Experience**

01/2004 – 12/2004       **New Brunswick Scientific**       New Jersey  
**Technical Support Specialist**
- Provide technical support to customers in the operation and repair of NBS equipment, such as fermenters, shakers, etc.
- Provide customers equipment recommendations and instructions for growing specific types of microorganisms and cells.
- Supply customers with operation and repair manuals, spare parts and new equipment.
- Responsible for quality control for shipments of all equipment to Japanese and Far East distributors.

12/2000 – 06/2002       **Citistreet Inc**       New Jersey  
**Network Engineer**
- Managed, installed and configure 60 Bay Networks model 450 10/100 Ethernet switches for corporate LAN. Link to fiber optic ATM backbone.
- Coordinate installation of new LAN Cat.5 Ethernet wiring for seven floors of office space. Managed a group to migrate 1,000+ users over to the new Ethernet wiring schema.
- Configure and install Cisco Catalyst 2948G-L3 Layer 3 switches to replace routers throughout the enterprise.
- Install high-speed T1 lines for Internet access and VPN network. Configure Cisco 4000 routers for proper usage over these lines conforming to corporate security and access policy.
- Assist in design of new network to migrate from Bay 5000 ATM backbone to Cisco Gigabit Ethernet backbone.
- Provide daily 2nd level support for Cisco based corporate networks. Isolate and correct problems using network sniffer, cable and fiber optic testers, and network management software and workstations.

05/00    **Recurrence of Hepatitis C.** Prior treatment did not cure it. Interferon treatment again recommended. Treatment refused due to harsh side effects of treatment.

09/1998 – 12/2000 and 06/2002 – Current **Independent Consultant – full time assignments designing and installing LAN and WAN environments Example: for a State Health Care Agency and Consulting firm:**
- Re-design data network to convert to a high-speed Frame Relay based network linking seven offices state wide.

- Network will also provide Internet access and allow PBX's at each site to be linked with Voice over Frame Relay.
- Design and install 100 MB Ethernet switch based LAN.
- Design and install Router based Internet WAN for access to corporate headquarters in California.
- Coordinate relocation of network to new building and provide network and phone wiring infrastructure.
- Install PBX and LAN in New York City satellite office.

06/99: Tick bite with recurrence of Lyme disease. Antibiotic treatment.
06/97-06/1998    Interferon treatment for Hepatitis C.

08/1995 – 09/1998                **MCI**                    New Jersey
**Network Specialist**
- Design, install and document Cisco Router based TCP/IP Ethernet and FDDI LAN and WAN for New York City's **911 Public Safety Center** in Brooklyn, N.Y.
- Design and install Cisco and fiber based FDDI MAN to link New York City Police Department headquarters with 911 center.
- Design and Project Manage installation of the Voice and Data network infrastructure for MCI home office relocation to new facilities. This involved designing fiber optic and UTP Switched Ethernet based LAN. Designed and coordinated installation of T1 based Frame Relay network access into larger MCI Corporate Network. Coordinated install and testing of circuits including local access with LEC.
- Design and coordinate install of Nortel PBX including ISDN PRI T1 Voice circuits and install ISDN and dial up network for redundant remote access.

Fall, 1990   6 month treatment for **Lyme Disease**, to include IV antibiotic regimen. Residual Lyme arthritis.

08/1986 – 08/1995                **Paine Webber**              New Jersey
**Assistant Vice President Communications Planning**
- Project Manager for relocation of entire network and network control center from New York City to Weehawken, New Jersey.
- Designed, modeled, and implemented Cisco Router based legacy SNA over TCP/IP – Frame Relay network for nation wide client-served financial system (300+ Offices nationwide)
- Designed and implemented T1 based private integrated Voice and Data network for offices using NET IDNX T1 mulitplexers.
- Designed and implements a backup network for link to IBM Disaster Recovery center utilizing Accunet Bandwidth Manager and ISDN.
- Installed 23 GHZ and 18 GHZ DMC Inc. digital microwave radios for private T1 and T3 internal networks, (toll bypass) resulting in substantial cost savings.
- Provided technical support and analysis of Hughes Satellite Systems KU Band VSAT satellite network pilot project.
- Managed installation of fiber optic cabling infrastructure for in house LANs. Wiring infrastructure supported 2,000 users in 24 floors of office space.
- Performed various technical analyses and billing reviews of existing networks, resulting in substantial cost savings.

**Education and Credentials**

Certificate and Training Programs:

2004 – University of Maryland – "Fermentation Microbiology Workshop"

2002-2003 Amtech Computer Training Center          New Brunswick, NJ

Intensive Network Professional Certificate program consisting of CompTIA A+, CompTIA Network +, Cisco CCNA and Microsoft Windows 2000, Checkpoint CCSA Internet Security

1994 - American Research Group – "Internetworking Bridges and Routers"
1994 - American Institute – "Hands On Networking with TCP/IP"
1994 - Telenex – "Matrix Switch Operations"
1992 - IBM – "TCP/IP Architecture"
1989 - ATT – "Voice Switching Technology"
1986 - Burroughs – "A Series Computer Operations:
1986 - ITT Inc. – "D4 Channel Bank Installation and Operation"
1986 - New York University – "Management Skills and Techniques"
1986 - New York University – "RPGII Programming"

**References**          Will be made available upon request