# Harmony Laboratory

784 Eltone Road
Jackson N.J. 08527
(732) 928-0666

In today's world of tight budgets, it no longer makes sense to have old, outdated and unused equipment lying around in expensive warehouse storage, or cluttering up your working lab!

## MAKE YOUR SURPLUS ASSETS WORK FOR YOU!

Harmony Laboratory will pay **CASH** for your surplus Glassware and Laboratory Equipment. We can purchase single items or an entire laboratory of equipment.

**Harmony Laboratory buys:**
- Flasks - Distilling Columns and Heads - Condensers - Separatory Funnels - Beakers and other Glassware.
- Hotplate/Stirrers - Heating Mantles - Ring Stands - pH Meters - Vacuum Pumps Rotary Evaporators - and other Laboratory Equipment.

And.... Harmony Laboratory can also **service or re-build your Vacuum Pumps!** We will rebuild your Vacuum Pump to its original specifications. We offer:
- Free Pickup & Delivery within a 75 mile radius
- 18 Month Warranty on all work
- Technical Support

We pay high prices for your excess or surplus equipment.
Call or E-mail us your list of surplus equipment today. No deal too small!

**To sell your used equipment or have your Vacuum Pumps serviced call:**
**(732) 928-0666** and ask for **Jeffrey**
or
E-mail us at: **drjeff@optonline.net**