# Earnings Statement

**ADP**

CO    FILE    DEPT    CLOCK    VCHR NO.    155
GLV    543953  955020            0000490079  1

NEW BRUNSWICK SCIENTIFIC CO. INC.
44 TALMADGE ROAD
EDISON, N.J. 08818

Period Ending:    11/28/2004
Pay Date:    12/01/2004

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:  3
    State:    Table B

JEFFREY T. VIOLA
784 ELTONE RD
JACKSON, NJ 08527

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.7885 | 24.00 | 426.92 | 27,750.04 |
| Holiday | 17.7885 | 16.00 | 284.62 | 853.86 |
| Personal/Sick | | | | 711.54 |
| Vacation | | | | 569.24 |
| Gross Pay | | | $711.54 | 29,884.68 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick/Pers Bal | | -40.00 |
| Vacation Bal | | 0.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -38.35 | 1,820.46 |
| | Social Security Tax | -42.16 | 1,802.02 |
| | Medicare Tax | -9.86 | 421.44 |
| | NJ State Income Tax | -11.15 | 474.15 |
| | NJ SUI/SDI Tax | | 224.78 |
| | **Other** | | |
| | Checking | -578.49 | 23,148.12 |
| | Dental | -2.48* | 64.48 |
| | Medical | -29.05* | 755.30 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages
    Your federal taxable wages this period are $680.01



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

FIRST FIDELITY BANK

NEW BRUNSWICK SCIENTIFIC CO. INC.
44 TALMADGE ROAD
EDISON, N.J. 08818

Advice number:    00000490079
Pay date:    12/01/2004

Deposited to the account of
JEFFREY T. VIOLA

| account number | transit ABA | amount |
|---|---|---|
| 36724343 | 0312 0132 | $578.49 |

THIS IS NOT A CHECK

WACHOVIA

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

© 1991 ADP, Inc