# JACKSON TOWNSHIP POLICE DEPARTMENT

102 Jackson Drive  •  Jackson, New Jersey 08527  •  Phone: (732) 928-1111  •  Fax: (732) 928-3217

Samuel D. DePasquale
Director of Public Safety

## BACKGROUND CHECK

DATE: 1/4/2005

To Whom it May Concern:

As of this date I, _Jeffrey Viola_ authorize Jackson Township Police Department to conduct a Criminal Background Check, by name only, And release any arrest information concerning the undersigned.

Name: Jeffrey Viola

Address: 784 Eltone Rd.

Jackson, New Jersey 08527

Social Security: 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

Date of Birth: 5/1/1955

As of _1-4-05_ Be Advised that a Criminal Background Check Was conducted on the above, By name only, within our department files. With negative results.

RECORDS CLERK
JACKSON TWP. POLICE DEPT
RECORDS BUREAU

1-4-05
BACKGROUND
BY NAME ONLY, ...
WITH NEGATIVE RE...

... OF THE ABOVE,
... MENT FILES.

RECORDS CLER...
JACKSON TWP. POLICE DEPT.
RECORDS BUREAU