

# UNIVERSITY OF MARYLAND

CONTINUING AND EXTENDED EDUCATION

K E E P  L E A R N I N G

4321 Hartwick Road, Suite 208
College Park, Maryland 20740
301.405.9950 TEL  301.403.4396 FAX

August 6, 2004

Mr. Jeffrey Viola
New Brunswick Scientific, Inc..
784 Eltone Rd
Jackson, NJ 8527

Dear Mr. Viola:

We are pleased to enclose your Continuing Education Unit (CEU) certificates for successful completion of Fermentation Workshop sponsored by the University of Maryland's Clark School of Engineering Department of Chemical Engineering and MTECH Program.

We hope that you enjoyed the program, and thank you for choosing the University of Maryland for your professional development needs.

Please do not hesitate to contact our Customer Service Center at (800) 711-8627 or locally at (301) 405-8981 with any questions or concerns. We are also available via fax at (301) 403-2973 or email at ocee-contedu@umd.edu.

Sincerely,

Amanda Petteruti
Office of Continuing and Extended Education
University of Maryland
(301) 405-8981
ocee-conted@umd.edu