Operations & Systems
Lincoln Harbor

# PaineWebber

Interoffice

TO:     Jeff Viola

FROM:   Martin A. Stein
        James Yee

DATE:   September 9, 1988

We would like to express our appreciation for your efforts in the successful relocation of PW's administrative functions to Lincoln Harbor. Your dedication and commitment to excellence has not only made us proud but given us confidence in meeting the upcoming challenges MIS will face tomorrow.

Again, thank you for a job well done!

_____
Martin A. Stein


_____
James Yee



# ImpacT

# Jeff Viola

## Is Being Recognized For

## Adding Value

Jeff spent months working on a critical circuit IPSG has in place to support the NYPD Network. He worked with the vendor in this case Bell Atlantic to come to a conclusion and resolve the problem while keeping the network up and running.

MCI Systemhouse

June        30th        1998
Month       Date        Year

SHL Systemhouse