UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                                                          Cr. No. 05-454 (RWR/JMF)-2

JEFFREY VIOLA,

    Defendant.

## ORDER

My earlier order setting conditions of release in this case is amended so that, as amended, it provides that the defendant Viola may be released upon the posting of a bond in the amount of $350,000 or upon the hypothecation by Viola and his wife of all their right, title and interest in their home in New Jersey as security for his compliance with the conditions of release, including the condition that he appear when required.

SO ORDERED.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

January 4, 2006