**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No.: 05-454 (RWR)** |
| | : | |
| **JEFFREY VIOLA** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO REMOVE STATUS HEARING AND SET PLEA HEARING DATE**

The United States along with Jonathan Jeffress on behalf of Jeffrey Viola, jointly request that the Court remove the matter from its calendar for status on February 16, 2007, and schedule it for a plea hearing during the week of March 26, 2007, or at any other time thereafter that is convenient to the Court and the parties.   In support of this request, the parties make the following representations:

1.      Mr. Viola is before the Court charged with Conspiracy to Manufacture and Distribute Lysergic Acid Diethylamide (LSD) with Intent to Import into the United States, in violation of 21 United States Code Sections 959 and 960, and  18 United States Code Section 2.

2.      The parties have been in  negotiations regarding this matter, and expect that a disposition is imminent.   Further the parties expect that the defendant will be charged in United States District Court for the District of New Jersey with 21 United States Code Section 856(a)(1),  Maintaining Drug-Involved Premises, as a result of  a related investigation, and that the disposition will involve both cases.

3.      The parties are confident that all outstanding matters can be resolved with both cases and jurisdictions within the next 30 days, and would like to present both cases to this Court for

disposition.  No trial date has been set in this case.    In consideration of this joint request, the defendant would agree to waive his rights under the Speedy Trial Act, and would ask the Court to find that the request best serves the interests and ends of justice, and outweighs the interests of the public and the defendants in a speedy trial.

WHEREFORE, for these reasons and any other reasons as may appear to the Court, the parties request that the Court remove the February 16, 2007 status date from its calendar in this case, and schedule this case for a plea hearing during the week of March 26, 2007, or at any other date thereafter that is convenient to the Court and to the parties.

Respectfully submitted,

By:       /s/

WANDA J. DIXON
Trial  Attorney, United States Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, NW, room 8414
Washington, D.C. 20530
202/307-0377