UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.: 05-454 (RWR) |
| : | |
| JEFFREY VIOLA, : | |
| : | |
| : | |
| Defendant. : | |

## ORDER

After consideration of the parties' joint motion to remove status hearing and set plea hearing date, the Court finds that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly the motion is hereby GRANTED. The plea hearing in this case is scheduled for _____.

IT IS SO ORDERED.

_____                                    _____
DATE                                                                                                  RICHARD W. ROBERTS
                                                                                                             U.S. DISTRICT COURT JUDGE