IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 05-454 (RWR) |
| JEFFREY VIOLA, | ) ) ) | |
| Defendant. | ) ) | |

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant, Jeffrey Viola, through undersigned counsel, respectfully submits this unopposed motion to modify his conditions of release.

In support of this Motion, undersigned counsel respectfully submits as follows:

1. Mr. Viola is charged with Conspiracy to Manufacture and Distribute Lysergic Acid Diethylamide (LSD) with Intent to Import Into the United States., in violation of 21 U.S.C. § 963.

2. Mr. Viola has been on release with Pretrial Services in New Jersey for well over one (1) year now. He has had no violations of his conditions of release, including no positive tests for illicit drugs.

3. Mr. Viola seeks to change his drug testing condition from weekly to "as directed by Pretrial Services." The Pretrial Services Office in New Jersey is over an hour's drive from Mr. Viola's home, so weekly drug testing consumes a substantial amount of Mr. Viola's time. The change in conditions requested by this Motion will allow Mr. Viola and Pretrial Services to better manage their resources.

4. The government does not oppose this Motion. Furthermore, Pretrial Services in both New Jersey (Officer Dan Milne) and Washington, D.C. (Officer Tammy Everitt) support this

Motion.

**WHEREFORE**, for the foregoing reasons, Mr. Viola respectfully moves this Honorable Court to modify his conditions of release so that he can drug test "as directed by Pretrial Services."

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____

Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500