FILED
MAR 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )
UNITED STATES OF AMERICA, | )
| )
v. | ) Criminal No. 05-454 (RWR)
| )
JEFFREY VIOLA, | )
| )
Defendant. | )

### ORDER

Upon consideration of defendant's Unopposed Motion to Modify His Conditions of Release, and for good cause shown, it is this 28th day of February, 2007, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Mr. Viola's conditions are modified so that he shall drug test at the direction of Pretrial Services, as opposed to weekly testing.

All other conditions of release remain the same.

SO ORDERED.

_____
The Honorable Richard W. Roberts
United States District Judge

Copies to:
Jonathan Jeffress, AFPD
Wanda Dixon, USDoJ
Tammy Everitt, Pretrial Services